FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 1 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GABRIEL MENDEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>T. FELKER, Warden,<br><br>　　　　Respondent. | No. CV 06-7810-GPS (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1/14/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE